**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: FRANCISCA CARDONA  
433 S. GREENVIEW AVENUE   SSN-xxx-xx-6109   Case Number: 05-73400  
ROCKFORD, IL  61102

Case filed on: 7/7/2005  
Plan Confirmed on: 9/2/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $4,500.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | FRANCISCA CARDONA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | US BANK/RETAIL PAYMENT SOLUTIONS | 9,498.51 | 9,498.51 | 1,836.69 | 0.00 |
| 002 | B & D MINI STORAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | C.B. ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 806.24 | 806.24 | 155.90 | 0.00 |
| 006 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 2,788.69 | 2,788.69 | 539.23 | 0.00 |
| 008 | FINANCIAL ASSET MANAGEMENT SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | IC SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | RESURGENT CAPITAL SERVICES | 548.20 | 548.20 | 106.00 | 0.00 |
| 011 | LEGAL HELPERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MOBIL OIL CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MUTUAL MANAGEMENT SERVICES | 403.54 | 403.54 | 78.03 | 0.00 |
| 014 | NATIONAL ENTERPRISE SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | PACIFIC CREDITORS ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | PLAZA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | RADIOLOGY CONSULTANTS ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CAPITAL ONE | 407.39 | 407.39 | 78.77 | 0.00 |
| 021 | CAPITAL ONE | 196.12 | 196.12 | 37.92 | 0.00 |
| 022 | MUTUAL MANAGEMENT SERVICES | 65.69 | 65.69 | 12.70 | 0.00 |
| 023 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 14,714.38 | 14,714.38 | 2,845.24 | 0.00 |
|  | Grand Total: | 16,078.38 | 16,078.38 | 4,209.24 | 0.00 |

Total Paid Claimant:      $4,209.24  
Trustee Allowance:        $290.76  
Percent Paid Unsecured:     19.34

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/24/2008          By  /s/Heather M. Fagan